```
SIDNEY J. COHEN, ESQ., State Bar No.  39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682
Facsimile:     (510) 893-9450

Attorneys for Plaintiff
ROBERT S. KOSLOFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KOSLOFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON SQUARE ASSOCIATES, LLC; MAHMOUD I. ABBAS, Individually and dba ESSA'S RESTAURANT; and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C 06-5060 SI<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL OF THE  INJUNCTIVE RELIEF AND DAMAGES ASPECTS OF THE COMPLAINT AGAINST WASHINGTON SQUARE ASSOCIATES, LLC, ONLY**<br><br>FRCP 41 (a) (1) (ii) |

　　　　Plaintiff Robert S. Kosloff  and defendant Washington Square Associates, LLC ,by and through their attorneys of record, file this "Stipulation And Order  of Dismissal Of The Injuntive Relief And Damages Aspects Of The Complaint  Against Defendant Washington Square Associates, LLC, Only" pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

　　　　Plaintiff filed this lawsuit on August 22, 2006.

　　　　Plaintiff  and Defendant Washington Square Associates, LLC  have entered into a "Mutual Release And Settlement Agreement For Injunctive Relief And Damages Only" which settles the injunctive relief and damages  aspects of the lawsuit against Defendant Washington Square Associates, LLC . A copy of the "Mutual Release And Settlement Agreement For Injunctive Relief And Damages Only"  is  incorporated by reference herein as if set forth in full. Plaintiff  and Defendant Washington Square Associates, LLC stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief And Damages Only" and stipulate to the Court  retaining jurisdiction to render a decision on a

1  motion for attorney's fees, litigation expenses, and costs that Plaintiff shall make against
2  Defendant Washington Square Associates, LLC.
3      Plaintiff moves to dismiss with prejudice the injunctive relief and damages aspects of
4  the Complaint against defendant Washington Square Associates, LLC .
5      Defendant Washington Square Associates, LLC  has answered the Complaint and agrees
6  to the dismissal with prejudice of the injunctive relief and damages aspects of the Complaint .
7      This case is not a class action, and no receiver has been appointed.
8      This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
9  be as valid and binding as original signatures.
10     Wherefore, plaintiff and defendants Washington Square Associates, LLC., by and
11 through their attorneys of record, so stipulate.

12 Date:   5/24/07                          SIDNEY J. COHEN
                                             PROFESSIONAL CORPORATION
13
                                             /s/ Sidney J. Cohen
14
                                             Sidney J. Cohen
15                                           Attorney for  Plaintiff Robert Kosloff

16 Date:   5/29/07                          FOX ROTHSCHILD LLP

17                                           /s/ Karen L. Stephenson

18                                           Karen L. Stephenson
                                             Attorney for Defendant
19                                           Washington Square Associates, LLC

20     PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
21     The injunctive relief and damages aspects of the Complaint against Defendant
22 Washington Square Associates, LLC  is dismissed with prejudice. The Court shall retain
23 jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief
24 And Damages Only" and shall retain jurisdiction to render a decision on a motion for attorney's
25 fees, litigation expenses, and costs that Plaintiff shall make against Defendant Washington
26 Square Associates, LLC.
27 Date:
                                             Honorable Susan Illston
28                                           United States District Court Judge

Stipulation And Order Of Dismissal                -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And Order Of Dismissal -3-