# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KOSLOFF, | No. C 06-05060 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WASHINGTON SQUARE ASSOCIATES, LLC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 19, 2007</u>.

DESIGNATION OF EXPERTS: <u>9/4/07</u>; REBUTTAL: <u>9/17/07</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 19, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 2, 2007</u>;

      Opp. Due <u>November 16, 2007</u>; Reply Due <u>November 23, 2007</u>;

       and set for hearing no later than <u>December 7, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 8, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 14, 2008</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The docket sheet shall be changed to reflect that Mahmoud I Dabbas is the defendant. The complaint had a typographical error which miss spelled the name.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                              _____
                                                                              SUSAN ILLSTON
                                                                              United States District Judge