SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
ROBERT S. KOSLOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KOSLOFF,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON SQUARE ASSOCIATES, LLC; MAHMOUD I. ABBAS, Individually and dba ESSA'S RESTAURANT; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 06-5060 SI<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF MAHMOUD I. DABBAS, Individually and dba ESSA'S RESTAURANT**<br><br>FRCP 41 (a) (1) (ii) |

    Plaintiff Robert S. Kosloff, by and through his attorney Sidney J. Cohen, and defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

    Plaintiff filed this lawsuit on August 22, 2006.

    Plaintiff and defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant, have resolved their differences.

    Plaintiff moves to dismiss with prejudice the lawsuit against defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant.

    Defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant, who has answered the complaint, agrees to the dismissal with prejudice.

    This case is not a class action, and no receiver has been appointed.

    This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, plaintiff, by and through his attorney of record, and defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant, so stipulate.

Date: 7/19/07                    SIDNEY J. COHEN
                                 PROFESSIONAL CORPORATION

                                 /s/ Sidney J. Cohen
                                 _____
                                 Sidney J. Cohen
                                 Attorney for Plaintiff Robert Kosloff

Date: 7/19/07                    /s/ Mahmoud I. Dabbas
                                 _____
                                 Mahmoud I. Dabbas, Individually and dba
                                 Essa's Restaurant

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendant Mahmoud I. Dabbas, Individually and dba Essa's Restaurant, is dismissed with prejudice.

Date:                            /s/ Susan Illston
                                 _____
                                 Honorable Susan Illston
                                 United States District Court Judge

Stipulation And Order Of Dismissal            -2-