IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KOSLOFF, | No. C 06-05060 SI |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| WASHINGTON SQUARE ASSOCIATES, LLC; MAHMOUD I. DABBAS, | |
| Defendants. | |

On June 5, 2007, this Court entered its order dismissing with prejudice plaintiff's claims against defendant Washington Square Associates, LLC, based on the parties' stipulation and settlement. On July 23, 2007, this Court entered its order dismissing with prejudice plaintiff's claims against defendant Mahmoud I. Dabbas [sic - Abbas], based on the parties' settlement.

Accordingly, this action is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 7 , 2007.

SUSAN ILLSTON
United States District Judge